**Nos. 16-70496, 16-70497**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

**ALTERA CORPORATION & SUBSIDIARIES,**
*Petitioner-Appellee*,

v.

**COMMISSIONER OF INTERNAL REVENUE,**
*Respondent-Appellant.*

---

On Appeal from the United States Tax Court
Nos. 6253-12, 9963-12

---

# APPLICATION FOR EXEMPTION UNDER NINTH CIRCUIT RULE 46-5

---

Miriam L. Fisher
Melissa Arbus Sherry
Eric J. Konopka
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
eric.konopka@lw.com

August 1, 2019

*Counsel for Amici Curiae PricewaterhouseCoopers LLP, Deloitte Tax LLP, and KPMG LLP*

# APPLICATION FOR EXEMPTION UNDER NINTH CIRCUIT RULE 46-5

I, Eric J. Konopka, am an associate at the law firm Latham & Watkins LLP, which represents amici curiae PricewaterhouseCoopers LLP, Deloitte Tax LLP, and KPMG LLP. I respectfully request an exemption from Ninth Circuit Rule 46-5 as to these consolidated appeals.

Ninth Circuit Rule 46-5 provides:

> No former employee of the Court shall participate or assist, by way of representation, consultation, or otherwise, in any case that was pending in the Court during the employee's period of employment. . . .
>
> An attorney who is a former employee may apply to the Court for an exemption. The application must demonstrate that the attorney had no direct or indirect involvement with the case during employment with the Court, and that the attorney was not employed or assigned in the chambers of any judge who participated in the case during the attorney's employment with the Court.

The notices of appeal in these consolidated appeals were filed on February 19, 2016. Initial briefing was completed on November 17, 2016, and oral argument was first held on October 11, 2017.

I served as a law clerk to the Honorable Carlos T. Bea from August 17, 2015, to August 19, 2016. Although these appeals were pending before the Court during that time, they were not assigned to Judge Bea, and he did not participate in ruling on any motion or other aspect of the case, including making, responding to, or voting

on an en banc call. These appeals were still being briefed during my clerkship, and I had no direct or indirect involvement with them while employed at the Court.

I therefore respectfully request that I be exempted from Ninth Circuit Rule 46-5, and that I be permitted to participate in these appeals.

Respectfully submitted,

Dated: August 1, 2019

/s/ *Eric J. Konopka*

Miriam L. Fisher
Melissa Arbus Sherry
Eric J. Konopka
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
eric.konopka@lw.com